UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ELIZABETH WEBER,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALEX BEAL and LANDEE HOLLOWAY,<br><br>                    Defendant. | Case No. CV-24-35 -GF-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED: Matter is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure.

   Dated this 10th day of December, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ M. Stewart
                              M. Stewart, Deputy Clerk